IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| HELENA AGRI-ENTERPRISES, LLC, | ) |
| Plaintiff, | ) Civil Action No. 5:22-cv-00015 |
| v. | ) **JUDGMENT ORDER** |
| VA7, LLC, *et al.*, | ) By:   Hon. Thomas T. Cullen |
| | )         United States District Judge |
| Defendants. | ) |

For the reasons given in the accompanying Memorandum Opinion, Plaintiff Helena Agri-Enterprises, LLC's motion for a default judgment (ECF No. 9) against Defendants VA7, LLC; Megan V. Long; and Stephen M. Long is **GRANTED**. The court hereby **ORDERS** that:

(i) judgment be entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount in the amount of $96,531.84, plus simple prejudgment interest in the amount of 12 percent per year from February 1, 2022, through the date of judgment, plus postjudgment interest pursuant to 28 U.S.C. § 1961 from today's date until the judgment is paid; and

(ii) judgment be entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount in the amount of $10,736.66, representing Plaintiff's attorneys' fees and costs.

This case is hereby **CLOSED** and stricken from the court's active docket. The clerk is directed to forward a copy of this Order to the parties and all counsel of record.

- 2 -

**ENTERED** this 23rd day of June, 2022.

                                              */s/ Thomas T. Cullen*
                                              HON. THOMAS T. CULLEN
                                              UNITED STATES DISTRICT JUDGE